# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON E. CARR, | Case No.: 2:19-cv-01549-APG-EJY |
| Plaintiff | **Order Dismissing Case as Duplicative** |
| v. | |
| PROGRESS RAIL SERVICES and EASTRIDGE WORKFORCE SOLUTIONS, | |
| Defendants | |

IT IS ORDERED that this case is DISMISSED as duplicative of *Jason E. Carr v. Progress Rail Services and Eastridge Workforce Solutions*, 2:19-cv-01558-GMN-EJY. The clerk of court is instructed to close this case.

DATED this 18th day of October, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE